IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:21-203 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| vs. | ) | |
| | ) | |
| **LIONEL LAVAR PEOPLES** | ) | **SEALED INDICTMENT** |
| | ) | |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about November 27, 2019, in the District of South Carolina, the Defendant, **LIONEL LAVAR PEOPLES**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Springfield 9mm pistol and 9mm ammunition, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **LIONEL LAVAR PEOPLES**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

(1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the Unites States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Firearm:

Springfield 9mm pistol with a high capacity magazine
(Serial Number: MG893493)

B. Ammunition:

Miscellaneous rounds of 9mm ammunition

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c).

A   *True*   BILL

FOREPERSON

M. RHETT DEHART (dpc)
ACTING UNITED STATES ATTORNEY